UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DOROTHY TESTAVERDE,

               Plaintiff,      **O R D E R**

   -against-                     CV-05-2462 (ARR)

UNITED STATES OF AMERICA,

               Defendant,
----------------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. MAY 26 2005 P.M. _____ TIME A.M. _____

    An initial conference will be held in the above-captioned case on September 14, 2005, at 2:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 333 at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, or if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at 718-260-2530. All counsel must be present.

    <u>**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       May 26, 2005

                             s/JMA
                            _____
                            JOAN M. AZRACK
                            UNITED STATES MAGISTRATE JUDGE