UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X    NOTICE OF MOTION

DOROTHY TESTAVERDE, as Administratrix of
the Estate of ALONZO TESTAVERDE, Deceased,                    Index #: CV-05-2462 (ARR)

                                    Plaintiff,

                -against-

UNITED STATES OF AMERICA,
                                    Defendant.
------------------------------------------------------------------X

S I R S :

        **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Colleen Kirchoff, Esq.,

dated January 10, 2006, and upon all the pleadings and proceedings heretofore had herein, including

an attorney's good faith affirmation, the undersigned will move this Court before the EASTERN

DISTRICT OF NEW YORK, located at 225 Cadman Plaza East, Brooklyn, NY 11201 on the ___

day of _____ at 9:30 o'clock in the forenoon of that day or as soon thereafter counsel can

be heard for an Order **to Compel Immediate Discovery , Sanctions due to Non-compliance**

**pursuant to Rules 26 and 37 of the F.R.C.P., and Extend Fact Discovery for three months,** and

for such other and further relief as this Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to CPLR §2214(b) answering

affidavits, if any, are to be served upon the undersigned at least seven (7) days prior to the return date

of this motion.

Dated: New York, New York
        January 10, 2006

                                            Yours, etc.,

                                            Colleen Kirchoff - Attorney No. CK 8277
                                            WINGATE, RUSSOTTI & SHAPIRO, LLP
                                            Attorneys for Plaintiff
                                            420 Lexington Avenue, Suite 2750
                                            New York, NY 10170
                                            (212) 986-7353

*app. granted in*
*part + denied*
*in part. Rulings*
*on calendar for 1/11/06*

*1/11/06*